■ In the Matter of CARRIE A. JOHNSON, Appellant, v RICHARD H. FULLER, III, Respondent. [836 NYS2d 481]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Monroe County,

Julie A. Gordon, R.—Custody). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.